IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY PLACE RETAIL ASSOCIATES, L.P. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHEL PERFUME SHOPPE, INC. | : | NO. 13-6111 |

## ORDER

AND NOW, this 15th day of May, 2014, IT IS HEREBY ORDERED that defendant Michel Perfume Shoppe, Inc.'s motion for relief from default judgment (DKT. 7) is GRANTED. The default judgment is VACATED. Michel Perfume Shoppe, Inc. shall respond to the complaint within 20 days of this order.

BY THE COURT:


s/J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.